O-Send



FILED
CLERK, U.S. DISTRICT COURT
MAR 16 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BILLY RAY McDUFFY ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: CR 08-1232-CAS <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist, CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on allegations of not reporting for supervision

```
                                      
                                      
                                      
         and/or
   B.    ( )  The defendant has not met his/her burden of establishing by
         clear and convincing evidence that he/she is not likely to pose
         a danger to the safety of any other person or the community if
         released under 18 U.S.C. § 3142(b) or (c).  This finding is based
         on:                            
                                        
                                        
                                        


         IT THEREFORE IS ORDERED that the defendant be detained pending
   the further revocation proceedings.

   Dated:      3/16/09        


                                       _____
                                       UNITES STATES MAGISTRATE JUDGE
```